STATE v. LOTHARP

[356 N.C. 420 (2002)]

STATE OF NORTH CAROLINA v. DULAINE LOTHARP

No. 106A02

(Filed 22 November 2002)

**Assault— deadly weapon—disjunctive instruction**

    ` The Court of Appeals decision granting defendant a new trial on a charge of assault with a deadly weapon inflicting serious injury is reversed for the reason stated in the dissenting opinion that defendant was not denied a unanimous verdict by the trial court's instruction permitting the jury to return a guilty verdict if it found beyond a reasonable doubt that defendant intentionally beat the victim with his hands and feet and/or with a chain and that defendant's hands and feet and/or the chain were deadly weapons that inflicted serious injury.

    Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 148 N.C. App. 435, 559 S.E.2d 807 (2002), ordering a new trial after appeal from judgments entered 26 May 2000 by Beale, J., in Superior Court, Union County. Heard in the Supreme Court 14 October 2002.

    *Roy Cooper, Attorney General, by Robert M. Curran, Assistant Attorney General, for the State-appellant.*

    *Marjorie S. Canaday for defendant-appellee.*

    *Smith Moore LLP, by Julia F. Youngman, on behalf of the American Civil Liberties Union of North Carolina Legal Foundation, amicus curiae.*

PER CURIAM.

    The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion.

REVERSED.